240 So.2d 231

### STATE of Louisiana ex rel. Frank JOHNSON

v.

### C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 50620.

June 8, 1970.

Writs refused. The application is insufficient for us to exercise our original or supervisory powers.

240 So.2d 231

### SURPLUS UNDERWRITERS, INC.

v.

### Mr. William M. SIMMONS, d/b/a Simmons & Associates and Lively's Welding and Equipment Company, Inc.

No. 50791.

Sept. 30, 1970.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.